UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-                          Case No. 3:12-CV-391

MISCELLANEOUS 4 FIREARMS
SEIZED FROM ORCHARD RUN RD.,

        Defendant.

## ORDER

    The above captioned matter is hereby **TRANSFERRED** from the docket of The Honorable Thomas M. Rose, to the docket of The Honorable Timothy S. Black.

    **DONE** and **ORDERED** in Dayton, Ohio, this 9th day of Janaury 2013.

                                                  s/Thomas M. Rose

                                                  THOMAS M. ROSE, JUDGE
                                                  UNITED STATES DISTRICT COURT